IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SELENA ANDREWS,<br><br>               Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS,<br>INC., and TRANS UNION LLC<br><br>               Defendants. | Case No. |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Equifax Information Services LLC submits the following Corporate Disclosure Statement:

(1)  A complete list of the parties and the corporate disclosure statement required by FRCP 7.1:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company on the NYSE. No other entity owns more than 10% of its stock.

(2) A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Equifax Information Services LLC and Equifax Inc.

(3) A complete list of each person serving as a lawyer in this proceeding.

Stacy Orvetz - Legal Counsel – Clark Hill PLC

Respectfully submitted this 26th day of July, 2024.

                                        **CLARK HILL PLC**

                                        /s/ *Stacy Orvetz*
                                        Stacy A. Orvetz
                                        CLARK HILL PLC
                                        2001 Market Street, Suite 2620
                                        Philadelphia, PA 19103
                                        Phone: (215) 864-8072
                                        sorvetz@ClarkHill.com
                                        *Counsel for Defendant Equifax*
                                        *Information Services LLC*

**CERTIFICATE OF SERVICE**

      This is to certify that on July 26, 2024, a true and correct copy of the foregoing document has been filed with the Clerk of the Court which will send a notification to all counsel of record via ECF.

                                                */s/ Stacy Orvetz*
                                                Stacy Orvetz