PRICE MEESE SHULMAN & D'ARMINIO, P.C.
50 Tice Boulevard
Woodcliff Lake, NJ 07677
(201) 391-3737
dkowal@pricemeese.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SELENA ANDREWS,<br><br>                 Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br>                 Defendants | **Civil No. 2:24-08047**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**<br>**L.Civ. R. 6.1(b)** |

Application is hereby made by Price, Meese, Shulman & D'Arminio, P.C., counsel for Defendant Experian Information Solutions, Inc. ("Experian"), for entry of a Clerk's Order pursuant to Local Civil Rule 6.1(b), extending the time within which Experian may answer, move or otherwise respond to the Complaint filed by Plaintiff in the above-captioned matter; and it is represented that:

1. No previous extension has been obtained;

2. Experian was served with process on or about June 26, 2024;

3. The matter was timely removed to this Court on July 26, 2024;

4. The time for Experian to answer, move or otherwise respond expires on August 2, 2024.

Dated:  July 26, 2024          PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.

                By:    */s/ Dorothy A. Kowal*
                         Dorothy A. Kowal
                         Price Meese Shulman & D'Arminio, P.C.
                         50 Tice Boulevard
                         Woodcliff Lake, NJ 07677
                         (201) 391-3737
                         E-Mail:  dkowal@pricemeese.com

1

## **ORDER**

The above application is ORDERED GRANTED and the time in which Defendant Experian may answer, move or otherwise respond to Plaintiff's Complaint be and hereby is extended fourteen (14) days to August 16, 2024.


DATED:

_____

Clerk of the Court