PRICE, MEESE, SHULMAN & D'ARMINIO, PC
50 Tice Boulevard
Woodcliff Lake, NJ 07677
Telephone: (201) 391-3737
Fax: (201) 391-9360

*Attorney for Defendant*
EXPERIAN INFORMATION SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SELENA ANDREWS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>　　　　　Defendants. | Civil Action No.: **2:24-08047**<br><br>**CORPORATE DISCLOSURE STATEMENT OF EXPERIAN INFORMATION SOLUTIONS, INC.** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian") hereby certifies that the following listed entities have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal.

1. The ultimate parent company of Experian is Experian plc.

2. The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

　　　(a) Central Source LLC

　　　(b) Online Data Exchange LLC

　　　(c) New Management Services LLC

    (d) VantageScore Solutions LLC

    (e) Opt-Out Services LLC

3. Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: July 26, 2024

Respectfully submitted,

 /s/Dorothy A. Kowal
Dorothy A. Kowal
PRICE, MEESE, SHULMAN & D'ARMINIO, PC
50 Tice Boulevard
Woodcliff Lake, NJ 07677
Telephone: (201) 391-3737
Fax: (201) 391-0998