Jacqueline M. Weyand, Esq. (NJ ID No. 001572011)
Buchanan Ingersoll & Rooney PC
550 Broad Street, Suite 810
Newark, NJ 07102-4582
Telephone: (212) 440-4488
jacqueline.weyand@bipc.com
*Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

| | |
|---|---|
| SELENA ANDREWS,<br>       Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; and TRANS UNION LLC;<br>       Defendants. | CASE NO:  2:24-cv-08047 |

**TRANS UNION, LLC'S DISCLOSURE STATEMENT**

The undersigned counsel for Defendant Trans Union LLC, certifies that it is a non-governmental corporate party and discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity with the ticker symbol TRU.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

                                      Respectfully submitted,

Date: August 2, 2024                            **BUCHANAN INGERSOLL & ROONEY PC**

                                      */s/ Jacqueline M. Weyand*
                                      Jacqueline M. Weyand, Esq. (NJ ID 001572011)
                                      550 Broad Street, Suite 810
                                      Newark, NJ 07102-4582
                                      Telephone: (212) 440-4488
                                      jacqueline.weyand@bipc.com

                                      *Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing has been filed electronically on the **2nd day of August 2024**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| **Ryan Gentile, Esq.**<br>rlg@lawgmj.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of August 2024** properly addressed as follows:

| | |
|---|---|
| None. | |

*/s/ Jacqueline M. Weyand*
*Counsel for Defendant Trans Union LLC*