## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| SELENA ANDREWS, | : |
| Plaintiff, | : CASE NO: 2:24-cv-08047-(WJM)(JSA) |
| vs. | : |
| EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC. | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please note the appearance of the undersigned as an attorney for Defendant Trans Union, LLC ("TransUnion") in the above-captioned matter and list the same undersigned as an attorney to be noticed in the CM/ECF system.

Date: August 22, 2024

By: */s/ Frances R. McDermott*
**BUCHANAN INGERSOLL & ROONEY PC**
Frances R. McDermott, Esquire
(NJ Atty. ID 398192022)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
(Tel) (215) 665-8700
(Fax) (215) 665-8760
Frances.mcdermott@bipc.com
*Attorneys for Defendant Trans Union LLC*