Jacqueline M. Weyand
**BUCHANAN INGERSOLL & ROONEY PC**
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, NJ 07102-4582
(973) 273-9800
*Counsel for Trans Union, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SELENA ANDREWS,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC;<br><br>Defendants. | CASE NO.: 2:24-cv-08047-WJM-JSA |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

Kindly withdraw my appearance as counsel of record for Defendant Trans Union, LLC ("TransUnion") in the above-captioned matter. Other attorneys of record at Buchanan Ingersoll & Rooney PC will continue to represent TransUnion in this matter.

Dated: August 23, 2024                    Respectfully Submitted,

                                          BUCHANAN INGERSOLL & ROONEY PC

                                          By: */s/ Jacqueline M. Weyand*
                                               Jacqueline M. Weyand
                                               550 Broad Street, Suite 810
                                               Newark, New Jersey 07102
                                               973 273 9800 (o)
                                               jacqueline.weyand@bipc.com