# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| SELENA ANDREWS, | : |
| Plaintiff, | : |
| vs. | : CASE NO.: 2-24-cv-08047-(WJM)(JSA) |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC, et al. | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Kindly note the appearance of the undersigned as an attorney for Defendant Trans Union, LLC ("Trans Union") in the above-captioned matter and list the same undersigned as an attorney to be notified in the CM/ECF system.

Dated: September 23, 2024

By: */s/ Graeme E. Hogan*
**BUCHANAN INGERSOLL & ROONEY PC**
Graeme E. Hogan, Esq. (132192014)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
T: 215-665-8700
F: 215-665-8760
graeme.hogan@bipc.com
*Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September, 2024, I caused a true and correct copy of the foregoing document to be served electronically via the Court's CM/ECF system.

*/s/ Graeme E. Hogan*
*Counsel for Defendant Trans Union, LLC*