# Buchanan

**Graeme Elliot Hogan**
215 665 3808
graeme.hogan@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555

T 215 665 8700
F 215 665 8760

October 30, 2024

**VIA ELECTRONIC FILING**

The Honorable Jessica S. Allen
United States Magistrate Judge
United States District Court
   for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

        Re:    *Selena Andrews v. Equifax Information Services, LLC, et al.;*
                  Case No. 24-8047(WDJ)(JSA)

Dear Magistrate Judge Allen:

      Pursuant to this Court's September 23, 2024 Order, the parties were to serve discovery by October 10, 2024 and a proposed Discovery Confidentiality Order by October 30, 2024.

      The parties have served discovery and had initial conversations reading a proposed discovery confidentiality order, however, the parties require additional time to finalize a proposed confidentiality order. For these reasons, Trans Union, LLC respectfully requests a two-week extension of the October 30, 2024 deadline set forth in the scheduling order.

                                              Respectfully submitted,

                                              */s/ Graeme E. Hogan*

                                              Graeme E. Hogan

GEH/gd