## LAW OFFICES OF
## GUS MICHAEL FARINELLA PC

*185 Cedar Lane – Suite U5*
*Teaneck, NJ 07666*
*Tel (201) 676-2007*

*Gus Michael Farinella*                                                                                 *Ryan L. Gentile*
*New York & DC Bar*                                                                                     *New York & New Jersey Bar*

*Supreet Parmar*
*New York & New Jersey Bar*

November 25, 2024

Hon. Jessica S. Allen, U.S.M.J.
U.S. District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: Andrews v. Equifax Information Services, LLC et al.
     Case No. 24-8047 (WJM) (JSA)

Dear Judge Allen,

  This office represents the Plaintiff, Selena Andrews, in the above referenced matter. Pursuant to this Court's September 23, 2024 Pretrial Scheduling Order [Dkt. No. 15], we submit the following joint status letter.

  The status of discovery is as follows. Plaintiff and Experian have exchanged their initial discovery responses and documents. Both sides are currently reviewing the same. Plaintiff and Equifax have agreed to a mutual extension to respond to the other's initial discovery demands to December 2, 2024. Plaintiff and Trans Union have agreed to a mutual extension to respond to the other's discovery demands to December 4, 2024.

  Plaintiff has not yet communicated settlement demands to the defendants. Plaintiff intends to communicate settlement demands to each of the defendants on or before December 6, 2024. As this time, the parties believe that a settlement conference would be more productive later in the

1

discovery period. Therefore, the parties mutually respectfully request that the Settlement Conference scheduled for December 9, 2024 at 12:00pm be converted to a status conference.*

Sincerely,

*SO ORDERED.

s/Jessica S. Allen
United States Magistrate Judge

Dated: November 26, 2024

/s/ Ryan Gentile
Ryan Gentile, Esq.
*Attorney for the Plaintiff*

/s/ Dorothy A. Kowal
Dorothy A. Kowal
*Attorney for Experian*

/s/ Stacy A. Orvetz
Stacy A. Orvetz
*Attorney for Equifax*

/s/ Graeme E. Hogan
Graeme E. Hogan
*Attorney for Trans Union*

2