# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SELENA ANDREWS** | |
| **Plaintiff** | **Civil Action No. 24-cv-08047-WJM-JSA** |
| **v.** | |
| **EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,** | **NOTICE OF SETTLEMENT AS TO TRANS UNION, ONLY** |
| **Defendants** | |

    **PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between Plaintiff, Selena Andrews and Defendant, Trans Union LLC, pending the exchange and approval of final settlement papers.

Dated: Teaneck, NJ
      January 22, 2025

                            /s/ Ryan Gentile

By:_____

                            Ryan Gentile, Esq.
                            Law Offices of Gus Michael Farinella, PC
                            *Attorneys for Plaintiff*
                            185 Cedar Lane – Suite U5
                            Teaneck, NJ 07666
                            Tel: (201) 873-7675