**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SELENA ANDREWS<br><br>                **Plaintiff**<br><br>   v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC, EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br>and TRANS UNION LLC,<br><br>                **Defendants** | Civil Action No. 24-cv-08047-WJM-JSA<br><br><br>NOTICE OF SETTLEMENT<br>AS TO EQUIFAX INFORMATION<br>SERVICES, LLC., ONLY |

   **PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between Plaintiff, Selena Andrews and Defendant, **EQUIFAX INFORMATION SERVICES, LLC** pending the exchange and approval of final settlement papers.

Dated: Teaneck, NJ
        January 23, 2025

                                          /s/ Ryan Gentile
                        By:_____
                                Ryan Gentile, Esq.
                                Law Offices of Gus Michael Farinella, PC
                                *Attorneys for Plaintiff*
                                185 Cedar Lane – Suite U5
                                Teaneck, NJ 07666
                                Tel: (201) 873-7675