**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SELENA ANDREWS<br><br>**Plaintiff**<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>**Defendants** | **Civil Action No. 24-cv-08047-WJM-JSA**<br><br>**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |

   **PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between Plaintiff, Selena Andrews and Defendant, **EXPERIAN INFORMATION SOLUTIONS, INC.,** pending the exchange and approval of final settlement papers.

Dated:  Teaneck, NJ
         January 23, 2025

                                        /s/ Ryan Gentile
                              By:_____
                                        Ryan Gentile, Esq.
                                        Law Offices of Gus Michael Farinella, PC
                                        *Attorneys for Plaintiff*
                                        185 Cedar Lane – Suite U5
                                        Teaneck, NJ 07666
                                        Tel: (201) 873-7675