# LAW OFFICES OF
# GUS MICHAEL FARINELLA PC

*185 Cedar Lane – Suite U5*
*Teaneck, NJ 07666*
*Tel (201) 676-2007*

*Gus Michael Farinella*
*New York & DC Bar*

*Supreet Parmar*
*New York & New Jersey Bar*

*Ryan L. Gentile*
*New York & New Jersey Bar*

January 23, 2025

Hon. Jessica S. Allen, U.S.M.J.
U.S. District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: Andrews v. Equifax Information Services, LLC et al.
      Case No. 24-8047 (WJM) (JSA)

Dear Judge Allen,

   This office represents the Plaintiff, Selena Andrews, in the above referenced matter.
Plaintiff is pleased to report that this case has been settled with all Defendants. Therefore, the
parties mutually respectfully request that the Settlement Conference scheduled for January 24,
2025 at 12:00pm be cancelled.*

   Sincerely,

            */s/ Ryan Gentile*
*Request Granted.        Ryan Gentile, Esq.
              *Attorney for the Plaintiff*
SO ORDERED.

s/Jessica S. Allen
United States Magistrate Judge

Dated: January 23, 2025